1132

RITY SERVICES CORP., Doing Business as FIRST SECURITY, et al., Defendants, and XEROX CORPORATION et al., Appellants-Respondents.—Order unanimously modified on the law and as modified affirmed without costs, in accordance with same memorandum as in *Connor v First Sec. Servs. Corp.* (135 AD2d 1131 [decided herewith]). (Appeal from order of Supreme Court, Monroe County, Mastrella, J.—dismiss cause of action.) Present—Callahan, J. P., Doerr, Green, Lawton and Davis, JJ.

■ WERT KENDALL, Respondent-Appellant, v FIRST SECURITY SERVICES CORP., Doing Business as FIRST SECURITY, et al., Defendants, and XEROX CORPORATION et al., Appellants-Respondents.—Order unanimously modified on the law and as modified affirmed without costs, in accordance with same memorandum as in *Connor v First Sec. Servs. Corp.* (135 AD2d 1131 [decided herewith]). (Appeal from order of Supreme Court, Monroe County, Mastrella, J.—dismiss cause of action.) Present—Callahan, J. P., Doerr, Green, Lawton and Davis, JJ.

■ RICHARD LIPPA, Respondent-Appellant, v FIRST SECURITY SERVICES CORP., Doing Business as FIRST SECURITY, et al., Defendants, and XEROX CORPORATION et al., Appellants-Respondents—Order unanimously modified on the law and as modified affirmed without costs, in accordance with same memorandum as in *Connor v First Sec. Servs. Corp.* (135 AD2d 1131 [decided herewith]). (Appeal from order of Supreme Court, Monroe County, Mastrella, J.—dismiss cause of action.) Present—Callahan, J. P., Doerr, Green, Lawton and Davis, JJ.

■ DORIS ORBAKER, Respondent-Appellant, v FIRST SECURITY SERVICES CORP., Doing Business as FIRST SECURITY, et al., Defendants, and XEROX CORPORATION et al., Appellants-Respondents.—Order unanimously modified on the law and as modified affirmed without costs, in accordance with same memorandum as in *Connor v First Sec. Servs. Corp.* (135 AD2d 1131 [decided herewith]). (Appeal from order of Supreme Court, Monroe County, Mastrella, J.—dismiss cause of action.) Present—Callahan, J. P., Doerr, Green, Lawton and Davis, JJ.

■ THOMAS RODRIGUEZ, Respondent-Appellant, v FIRST SECURITY SERVICES CORP., Doing Business as FIRST SECURITY, et al., Defendants, and XEROX CORPORATION et al., Appellants-Respondents.—Order unanimously modified on the law and as modified affirmed without costs, in accordance with same memorandum as in *Connor v First Sec. Servs. Corp.* (135 AD2d 1131 [decided herewith]). (Appeal from order of Supreme Court, Monroe County, Mastrella, J.—dismiss cause of action.) Present—Callahan, J. P., Doerr, Green, Lawton and Davis, JJ.